**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 98-311-CR-W-GAF** |
| | ) | |
| **FABIO MONTANO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER DENYING REQUEST FOR TRANSCRIPTS OF RECORD**
**AND COST TO OBTAIN**

Now pending before the Court is Defendant's Request for Transcripts of Record and Cost

to Obtain. The Court having considered said request, it is

ORDERED that Defendant's request is denied.

s/ Gary A. Fenner_____
Gary A. Fenner, Judge
United States District Court

DATED: January 4, 2010