IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 98-00311-06-CR-W-GAF |
| ) | |
| FABIO MONTANO, ) | |
| ) | |
| Defendant. ) | |

## ORDER DENYING *PRO SE* MOTION TO REDUCE SENTENCE

Now before the Court is defendant's *pro se* Motion to Reduce Sentence (Doc. #1334). The Court having considered defendant's motion, it is

ORDERED that defendant's *pro se* Motion to Reduce Sentence (Doc. #1334) is denied for the reasons stated in the Government's Suggestions in Opposition (Doc. #1335).

                                                                       s/ Gary A. Fenner
                                                                       GARY A. FENNER, JUDGE
                                                                       UNITED STATES DISTRICT COURT

DATED: April 21, 2023